# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA DOUGLAS,

Plaintiff,

vs.

GUILD MORTGAGE COMPANY dba CORNERSTONE MORTGAGE, INC.; and DOES 1-10,

Defendant(s).

Case No. 2:20-cv-01981-JAM-AC

ORDER GRANTING STIPULATION RE AMENDED COMPLAINT

HON. JOHN A. MENDEZ

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Plaintiff is given leave to file the First Amended Complaint attached as Exhibit A to the stipulation. The First Amended Complaint shall be filed by January 14, 2021. The 26(f) report shall be due within sixty (60) days upon service of the First Amended Complaint.

DATED: January 8, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE